AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN                District of                TEXAS

UNITED STATES OF AMERICA

V.

**CONRAD ROCKENHAUS**

**WARRANT FOR ARREST**

Case Number:   4:19cr181 ALM/KPJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **CONRAD ROCKENHAUS**
                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice

charging him or her with   (brief description of offense)

18:3142(c) - Violation for Action on Conditions of Pretrial Release

in violation of Title   18   United States Code, Section(s)   3142(c)

DAVID A. O'TOOLE                                   *David A. O'Toole*
Name of Issuing Officer                            Signature of Issuing Officer

CLERK                                              11/17/2021         Sherman
Title of Issuing Officer                           Date               Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

**U.S.A. vs. Conrad Rockenhaus**                                          **Docket No. 4:19CR181**

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Lorene Dudley, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Conrad Rockenhaus, who was placed under pretrial release supervision by the Honorable Kimberly Priest Johnson sitting in the Court at Plano, Texas, on November 9, 2021, under the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. 14135.
(3) The defendant must advise the Court or the pretrial services office or supervising office in writing before any change of residence or telephone number.
(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court has imposed.
(5) The defendant must sign an Appearance Bond, if ordered
(7)(a) The defendant must submit to supervision by and report for supervision to the Pretrial Services as directed.
(7)(e) The defendant must not obtain a passport or any other travel documents.
(7)(f) The defendant must abide by the following restrictions on personal association, residence, or travel: Travel restricted to Eastern and Western Districts of Texas. Or as approved by Pretrial Services.
(7)(g) The defendant must avoid all contacts, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution including but not limited to:
(7)(h) The defendant must participate in a mental health assessment and/or a treatment program until discharged, as arranged by the probation officer, and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. Remain under the care of VA Hospital Inpatient Treatment Program until discharged by such program.
(7)(k) The defendant must not possess a firearm, destructive device, or other weapon.
(7)(l) The defendant must not use alcohol excessively.
(7)(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed to you by a licensed medical practitioner.
(7)(s) The defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops.
(7)(t) Avoid any contact with spouse.
(7)(u) On November 17, 2021, defendant shall be released into the custody of Adrian Blaire by

7:00 am, and taken directly to Olin E. Teague, Veterans Center, 1901 Veterans Memorial Drive, Temple, Texas 76501, for patient intake at 9:00am.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

## CONDITIONS VIOLATED:

(7)(h)  The defendant must participate in a mental health assessment and/or a treatment program until discharged, as arranged by the probation officer, and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. Remain under the care of VA Hospital Inpatient Treatment Program until discharged by such program.

(7)(m)  The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed to you by a licensed medical practitioner.

(7)(u)  On November 17, 2021, defendant shall be released into the custody of Adrian Blaire by 7:00 am, and taken directly to Olin E. Teague, Veterans Center, 1901 Veterans Memorial Drive, Temple, Texas 76501, for patient intake at 9:00am.

## DETAILS OF VIOLATIONS:

Contact was made with Tiffany Love, Clinical Social Worker for Central Texas Veterans Health Care System. Ms. Love advised the defendant reported after his designated intake appointment of November 17, 2021, at 9:00 a.m. and was not allowed entrance into the VA Hospital Inpatient Treatment program.

Upon the defendant's entrance into the VA Hospital Inpatient Treatment Program on November 18, 2021, he admitted that prior to his admission on this date he used marijuana and fentanyl. When queried about his substance use, he retracted that he used fentanyl.

PRAYING THAT THE COURT WILL ORDER warrant for the defendant's arrest be issued so that he can be brought before the Court to show cause why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

*Lorene Dudley*
Lorene Dudley, Supervising
U.S. Pretrial Services Officer

Reviewed and approved:

*Deanna Splawn*
Deanna Splawn, Supervising
U.S. Probation Officer

Executed on November 18, 2021
Place: Plano, Texas